**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 1, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00611-CR

---

**DARREN TRAMELL HUGHES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1660162**

---

## MEMORANDUM OPINION

Appellant Darren Tramell Hughes has signed and filed a written request to dismiss his appeal. Because this court has not delivered an opinion, we grant appellant's request. *See* Tex. R. App. P. 42.2(a).

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)